# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| _____ ) | |
| _____ ) | |
| _____ ) | |
| _____ ) | |
| _____, ) | |
| **Plaintiff(s),** ) | |
| v. ) | |
| _____ ) | **Civil Action No. _____** |
| _____ ) | |
| _____ ) | |
| _____, ) | |
| **Defendant(s)/** ) | |
| **Third-Party Plaintiff(s),** ) | |
| v. ) | |
| _____ ) | |
| _____ ) | |
| _____ ) | |
| _____, ) | |
| **Third-Party Defendant(s).** ) | |
| _____) | |

# DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
## (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, _____,

(type of party)

who is _____, makes the following disclosure:

(name of party)

Dockets.Justia.com

☐ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

_____

_____

_____


3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:
_____
_____
_____
_____

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: _____