**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF PENNSYLVANIA

CHAMBERS OF
A. RICHARD CAPUTO
JUDGE

WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1246
SCRANTON, PA 18501-1246
(570) 207-5750
FAX (570) 207-5759

September 5, 2007

**TO: COUNSEL OF RECORD**

    RE:    BABYAGE.COM, INC. v. LEACHCO, INC.
            CIVIL ACTION NO. 3:07-CV-1600

Dear Counsel:

    The above action has been assigned to me. I will soon schedule a Case Management Conference as required by law. The purpose of the conference is to establish a schedule for the management of the case so as to strive for its just, speedy and inexpensive determination. The Order scheduling the conference will inform you in more detail of what is required of you in preparation for the conference. In the meantime, the parties are expected to comply with the mandatory disclosure requirements of Fed.R.Civ.P. 26(a).

    **If service of the initial pleading is not made within the time allotted by the Rules of Civil Procedure, a status report addressing the reasons for the delay and the course of action being pursued shall be submitted to me.**

    If an answer or other response has not been filed, it is important that this be accomplished in the time provided for in the Federal Rules of Civil Procedure. To this end, counsel and parties acting without counsel, are notified not to enter into agreements for extensions of time without seeking Court approval. Such agreements, unless approved, are not permitted by the Rules of Civil Procedure and cannot be honored.

    **Since I often conduct conferences and trials at the Max Rosenn United States Courthouse in Wilkes-Barre, please read scheduling orders carefully to determine whether the scheduled event is to take place at the William J. Nealon Federal Building & United States Courthouse in Scranton or the Max Rosenn United States Courthouse in Wilkes-Barre.**

    Any inquiries you have concerning this case should be directed to Dawn Wychock, Judicial Assistant, William J. Nealon Federal Building & United States Courthouse, P.O. Box 1246, Scranton, Pennsylvania, 18501, phone number (570) 207-5750.

Sincerely,

*/s/ A. Richard Caputo*

A. Richard Caputo
United States District Judge