IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BABYAGE.COM, INC., | ) | |
| Plaintiff-Counterclaim Defendant, | ) ) ) | |
| v. | ) ) | |
| LEACHCO, INC., | ) ) | |
| Defendant-Counterclaim Plaintiff, | ) | No. 3:07-cv-01600-ARC |
| and | ) ) | (Judge A. Richard Caputo) |
| JAMIE S. LEACH, | ) ) | (electronically filed) |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| JOHN M. KIEFER, JR., | ) ) | |
| Counterclaim Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Leachco, Inc., a nongovernmental corporation that is Defendant and Counterclaim Plaintiff in this action, makes the following disclosure:

1. Leachco, Inc. has no parent company; and

2. There is no publicly held corporation that owns 10% or more of the stock of Leachco, Inc.

1

Respectfully submitted,

s/ Sean V. Kemether
Sean V. Kemether
PA 70816
Kelly Grimes Pietrangelo & Vakil, P.C.
P.O. Box 1048
Media, PA  19063-0848
telephone:   610-565-2669
fax:              610-565-0780
email:          skemether@kgpv.com

Gary Peterson
OK 7068
211 N. Robinson Ave., Suite 450 South
Oklahoma City, OK  73102
telephone:   (405) 606-3367
fax:              (866) 628-0506
email:          gp@garypeterson.com

Attorney for Defendant and Counterclaim Plaintiff Leachco, Inc.

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted this document to the Clerk using the ECF System so as to cause transmittal of a Notice of a Electronic Filing to the following ECF registrant:

    Dr. Mitchell A. Smolow

Attorney for Plaintiff, on November 2, 2007.


                      <u>s/ Sean V. Kemether</u>