# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, Gary Peterson, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 211 N. Robinson Ave., Ste. 450 South

Oklahoma City, OK 73102

Office Telephone: 405-606-3367

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Colorado (1977), Oklahoma (1978), U.S. Sup. Ct. (1981), 10th Cir. (1982), Fed. Cir. (1982), W.D. Okla. (1981), N.D. Okla. (1982), E.D. Okla. (1986), D. Colo. (1997), W.D. Mich. (2003)

My attorney Identification number is: OK 7068

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

BEFORE JUDGE _____    Date: _____
  ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE

✓ SPECIAL ADMISSION:

GRANTED _[signature]_    Date: November 8, 2007
  ___ U.S. DISTRICT JUDGE  ___ U.S. MAGISTRATE JUDGE