UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., : <br>     Plaintiff-Counterclaim Defendant : <br> : <br> v. : <br> : <br> LEACHCO, INC., : <br>     Defendant-Counterclaim Plaintiff/ : <br>     Third Party Plaintiff : <br> : <br> and : <br> : <br> JAMIE S. LEACH, : <br>     Counterclaim Plaintiff/ : <br>     Third Party Plaintiff : <br> : <br> v. : <br> : <br> JOHN M. KIEFER, JR., : <br>     Third Party Defendant : | CIVIL ACTION NO. <br> 3:07-cv-01600-ARC <br><br> Judge A. Richard Caputo <br><br> Filed Electronically |

## **ORDER**

Upon Plaintiff / Counterclaim Defendant's motion, it is hereby ORDERED that John M Kiefer, Jr. be granted a thirty day extension to file his Answer.

                                       _____
                                       A. Richard Caputo, J.

Dated: _____ ___, 200_

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC.,<br>    Plaintiff-Counterclaim Defendant | : <br> : <br> : |
| v. | :   CIVIL ACTION NO.<br> :   3:07-cv-01600-ARC |
| LEACHCO, INC.,<br>    Defendant-Counterclaim Plaintiff/<br>    Third Party Plaintiff | : <br> : <br> :   Judge A. Richard Caputo |
| and | : <br> :   Filed Electronically |
| JAMIE S. LEACH,<br>    Counterclaim Plaintiff/<br>    Third Party Plaintiff | : <br> : <br> : |
| v. | : |
| JOHN M. KIEFER, JR.,<br>    Third Party Defendant | : <br> : |

## **ORDER**

Upon Plaintiff / Counterclaim Defendant's motion, it is hereby ORDERED that Mitchell A. Smolow be granted leave to withdraw as counsel upon entry of substitute counsel.

                                                          _____
                                                           A. Richard Caputo, J.

Dated: _____ ___, 200_