UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC.,<br>    Plaintiff-Counterclaim Defendant | |
| v. | CIVIL ACTION NO.<br>3:07-cv-01600-ARC |
| LEACHCO, INC.,<br>    Defendant-Counterclaim Plaintiff/<br>    Third Party Plaintiff | Judge A. Richard Caputo |
| and | |
| JAMIE S. LEACH,<br>    Counterclaim Plaintiff/<br>    Third Party Plaintiff | Filed Electronically |
| v. | |
| JOHN M. KIEFER, JR.,<br>    Third Party Defendant | |

## ORDER

Upon Plaintiff / Counterclaim Defendant's motion, it is hereby ORDERED that John M Kiefer, Jr. be granted a thirty day extension to file his Answer.

_____
A. Richard Caputo, J.

Dated: Jan 4, 2008

{00005423.DOCX; 1}