UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., : | |
|    Plaintiff-Counterclaim Defendant : | |
| : | |
|          v. : | CIVIL ACTION NO. |
| : | 3:07-cv-01600-ARC |
| LEACHCO, INC., : | |
|    Defendant-Counterclaim Plaintiff/ : | |
|    Third Party Plaintiff : | Judge A. Richard Caputo |
| : | |
| and : | |
| : | Filed Electronically |
| JAMIE S. LEACH, : | |
|    Counterclaim Plaintiff/ : | |
|    Third Party Plaintiff : | |
| : | |
|          v. : | |
| : | |
| JOHN M. KIEFER, JR., : | |
|    Third Party Defendant : | |

## **STATEMENT OF CONCURRENCE TO MOTION TO WITHDRAW**

The undersigned hereby states that on January 8, 2008, counsel for Leachco, Inc. and Jamie S. Leach gave his concurrence to Mitchell A. Smolow's motion to withdraw as Plaintiff /Counterclaim Defendant's counsel upon entry of substitute counsel. As such, all parties concur.

Respectfully Submitted,

*[signature: Mitchell Smolow]*

Mitchell A. Smolow
PA 80307
720 Hampton Road
Shavertown, PA  18708
570-714-4000 (O)
570-696-3320 (F)
msmolow@smolowlaw.com

Attorney for Plaintiff-Counterclaim Defendant

Date:  January 9, 2008

-2-

{00005437.DOCX; 1 }