UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., <br> Plaintiff-Counterclaim Defendant <br><br> v. <br><br> LEACHCO, INC., <br> Defendant-Counterclaim Plaintiff/ <br> Third Party Plaintiff <br><br> and <br><br> JAMIE S. LEACH, <br> Counterclaim Plaintiff/ <br> Third Party Plaintiff <br><br> v. <br><br> JOHN M. KIEFER, JR., <br> Third Party Defendant/ <br> Counterclaim Plaintiff | CIVIL ACTION NO. <br> 3:07-cv-01600-ARC <br><br> Judge A. Richard Caputo <br><br> Filed Electronically |

## ENTRY OF APPEARANCE

**TO THE CLERK'S OFFICE:**

Please enter my appearance on behalf of the Plaintiff-Counterclaim Defendant, BabyAge.com, Inc., and the Third Party Defendant/Counterclaim Plaintiff, John M. Kiefer, Jr., in the above-captioned matter

Date: February 1, 2008

/s/Andrew J. Katsock, III, Esquire
ANDREW J. KATSOCK, III, ESQUIRE
Attorney I.D. 59011
Attorney for Plaintiff-Counterclaim Defendant,
BabyAge.com, Inc., and Third Party Defendant/
Counterclaim Plaintiff, John M. Kiefer, Jr.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884