UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC.,<br>    Plaintiff-Counterclaim Defendant | |
| v. | CIVIL ACTION NO.<br>3:07-cv-01600-ARC |
| LEACHCO, INC.,<br>    Defendant-Counterclaim Plaintiff/<br>    Third Party Plaintiff | Judge A. Richard Caputo |
| and | |
| | Filed Electronically |
| JAMIE S. LEACH,<br>    Counterclaim Plaintiff/<br>    Third Party Plaintiff | |
| v. | |
| JOHN M. KIEFER, JR.,<br>    Third Party Defendant<br>    Counterclaim Plaintiff | |

## **ORDER**

The appearance of Plaintiff / Counterclaim Defendant's substitute counsel having been entered, it is hereby ORDERED that Mitchell A. Smolow be granted leave to withdraw as counsel.

_____
A. Richard Caputo, J.

Dated: February \_\_\_, 2008

{00005510.DOCX; 1 }