UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., <br>     Plaintiff-Counterclaim Defendant | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. <br> :    3:07-cv-01600-ARC |
| LEACHCO, INC., <br>     Defendant-Counterclaim Plaintiff/ <br>     Third Party Plaintiff | : <br> : <br> :    Judge A. Richard Caputo <br> : |
| and | : <br> :    Filed Electronically |
| JAMIE S. LEACH, <br>     Counterclaim Plaintiff/ <br>     Third Party Plaintiff | : <br> : <br> : |
| v. | : |
| JOHN M. KIEFER, JR., <br>     Third Party Defendant/ <br>     Counterclaim Plaintiff | : <br> : <br> : |

## **CERTIFICATE OF SERVICE**

I, Andrew J. Katsock, III, Esquire, hereby certify that I served a true and correct copy of an Entry of Appearance and an Answer, Defenses, Affirmative Defenses and Counterclaim of Third Party Defendant/Counterclaim Plaintiff, John M. Kiefer, Jr., in the above-captioned matter, to the person(s) listed below on the date and in the manner indicated:

Sean V. Kemether, Esquire
Kelly Grimes Pietrangelo & Vakil, P.C.
P.O. Box 1048
Media, PA 19063-0848

**(Via First Class Mail,
Postage Prepaid)**

Date: February 1, 2008          /s/ Andrew J. Katsock, III, Esquire
                                         ANDREW J. KATSOCK, III, ESQUIRE
                                         Attorney I.D. 59011
                                         Attorney for Third Party Defendant/
                                         Counterclaim Plaintiff, John M. Kiefer, Jr.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884