UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., <br> Plaintiff-Counterclaim Defendant | |
| v. | CIVIL ACTION NO. <br> 3:07-cv-01600-ARC |
| LEACHCO, INC., <br> Defendant-Counterclaim Plaintiff/ <br> Third Party Plaintiff | Judge A. Richard Caputo |
| and | |
| | Filed Electronically |
| JAMIE S. LEACH, <br> Counterclaim Plaintiff/ <br> Third Party Plaintiff | |
| v. | |
| JOHN M. KIEFER, JR., <br> Third Party Defendant <br> Counterclaim Plaintiff | |

## ORDER

The appearance of Plaintiff / Counterclaim Defendant's substitute counsel having been entered, it is hereby ORDERED that Mitchell A. Smolow be granted leave to withdraw as counsel.

A. Richard Caputo, J.

Dated: February 6, 2008

{00005510.DOCX; 1 }