IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., | ) |
| Plaintiff-Counterclaim Defendant, | ) |
| v. | ) |
| LEACHCO, INC., | ) |
| Defendant-Counterclaim Plaintiff/ Third Party Plaintiff, | ) No. 3:07-cv-01600-ARC |
| and | ) (Judge A. Richard Caputo) |
| JAMIE S. LEACH, | ) (electronically filed) |
| Counterclaim Plaintiff/ Third Party Plaintiff, | ) |
| v. | ) |
| JOHN M. KIEFER, JR., | ) |
| Third Party Defendant. | ) |

**ORDER**

The Third Party Plaintiffs have filed an unopposed motion to strike the patent invalidity and inequitable conduct defenses alleged at page 3, paragraph 16, and page 4, paragraph 21 of the Answer of Third Party Defendant John M. Kiefer, Jr., filed February 1, 2008 (Doc. 25). The motion is granted, and the challenged paragraphs are hereby stricken.

_February 22, 2008_
Date

_/s/ A. Richard Caputo_
UNITED STATES DISTRICT JUDGE