UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC.,<br>    Plaintiff-Counterclaim Defendant | : <br> : <br> : |
| v. | :     CIVIL ACTION NO.<br> :     3:07-CV-01600-ARC |
| LEACHCO, INC.,<br>    Defendant-Counterclaim Plaintiff/<br>    Third Party Plaintiff | : <br> :     Judge A. Richard Caputo<br> : |
| and | : <br> :     Filed Electronically |
| JAMIE S. LEACH,<br>    Counterclaim Plaintiff/<br>    Third Party Plaintiff | : <br> : <br> : |
| v. | : <br> : |
| JOHN M. KIEFER, JR.,<br>    Third Party Defendant/<br>    Counterclaim Plaintiff | : <br> : <br> : |

## CERTIFICATE OF CONCURRENCE

I, Andrew J. Katsock, III, Esquire, hereby certify that I sought the concurrence of Defendant-Counterclaim Plaintiff's counsel, Gary Peterson, Esquire, in Plaintiff-Counterclaim Defendant's Motion to Amend Complaint, and Mr. Peterson has concurred with said Motion.

Date: March 4, 2008            /s/ Andrew J. Katsock, III, Esquire
                                               ANDREW J. KATSOCK, III, ESQUIRE
                                               Attorney I.D. 59011
                                               Attorney for Third Party Defendant/
                                               Counterclaim Plaintiff, John M. Kiefer, Jr.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884