BabyAge..com, Inc. v. Leachco, Inc.                                                                        Doc. 37

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC., :
    Plaintiff-Counterclaim Defendant :
:
v. : CIVIL ACTION NO.
: 3:07-cv-01600-ARC
LEACHCO, INC., :
    Defendant-Counterclaim Plaintiff/ :
    Third Party Plaintiff : Judge A. Richard Caputo
:
and :
:
: Filed Electronically
JAMIE S. LEACH, :
    Counterclaim Plaintiff/ :
    Third Party Plaintiff :
:
v. :
:
JOHN M. KIEFER, JR., :
    Third Party Defendant/ :
    Counterclaim Plaintiff :

## CERTIFICATE OF SERVICE

I, Andrew J. Katsock, III, Esquire, hereby certify that I served a true and correct copy of Plaintiff-Counterclaim Defendant's Motion to Amend Complaint and Plaintiff-Counterclaim Defendant's Brief in Support of Motion to Amend Complaint, in the above-captioned matter, to the person(s) listed below on the date and in the manner indicated:

    Gary Peterson, Esquire      Sean V. Kemether, Esquire
    211 N. Robinson Avenue      Kelly Grimes Pietrangelo & Vakil, P.C.
    Suite 450 South      P.O. Box 1048
    Oklahoma City, OK  73102      Media, PA  19063-0848

**(Via Notice of Electronic Filing
by the Clerk's Office)**

Date:  March 4, 2008      /s/ Andrew J. Katsock, III, Esquire
            ANDREW J. KATSOCK, III, ESQUIRE
            Attorney I.D. 59011
            Attorney for Plaintiff-Counterclaim Defendant,
            BabyAge.com, Inc.
15 Sunrise Drive
Wilkes-Barre, PA  18705
Telephone & Facsimile No.:  (570) 829-5884

Dockets.Justia.com