UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC., :
    Plaintiff-Counterclaim Defendant :
:
                v. : CIVIL ACTION NO.
: 3:07-CV-01600-ARC
LEACHCO, INC., :
    Defendant-Counterclaim Plaintiff/ :
    Third Party Plaintiff : Judge A. Richard Caputo
:
and :
: Filed Electronically
JAMIE S. LEACH, :
    Counterclaim Plaintiff/ :
    Third Party Plaintiff :
:
                v. :
:
JOHN M. KIEFER, JR., :
    Third Party Defendant/ :
    Counterclaim Plaintiff :

## WITHDRAWAL OF COUNTERCLAIM OF THIRD PARTY DEFENDANT/COUNTERCLAIM PLAINTIFF, JOHN M. KIEFER, JR.

Third Party Defendant/Counterclaim Plaintiff, John M. Kiefer, Jr., hereby withdraws his Counterclaim against Defendant-Counterclaim Plaintiff/Third Party Plaintiff, Leachco, Inc., in the above-captioned matter:

Date: March 4, 2008           /s/ Andrew J. Katsock, III, Esquire
                                            ANDREW J. KATSOCK, III, ESQUIRE
                                            Attorney I.D. 59011
                                            Attorney for Third Party Defendant/
                                            Counterclaim Plaintiff, John M. Kiefer, Jr.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884