UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC.,
    Plaintiff-Counterclaim Defendant

v.

LEACHCO, INC.,
    Defendant-Counterclaim Plaintiff/
    Third Party Plaintiff

and

JAMIE S. LEACH,
    Counterclaim Plaintiff/
    Third Party Plaintiff

v.

JOHN M. KIEFER, JR.,
    Third Party Defendant/
    Counterclaim Plaintiff

CIVIL ACTION NO.
3:07-CV-01600-ARC

Judge A. Richard Caputo

Filed Electronically

## CERTIFICATE OF SERVICE

I, Andrew J. Katsock, III, Esquire, hereby certify that I served a true and correct copy of the Withdrawal of Counterclaim of Third Party Defendant/Counterclaim Plaintiff, John M. Kiefer, Jr., in the above-captioned matter, to the person(s) listed below on the date and in the manner indicated:

Gary Peterson, Esquire
211 N. Robinson Avenue
Suite 450 South
Oklahoma City, OK 73102

Sean V. Kemether, Esquire
Kelly Grimes Pietrangelo & Vakil, P.C.
P.O. Box 1048
Media, PA 19063-0848

**(Via Notice of Electronic Filing
by the Clerk's Office)**

Date: March 4, 2008

/s/ Andrew J. Katsock, III, Esquire
ANDREW J. KATSOCK, III, ESQUIRE
Attorney I.D. 59011
Attorney for Third Party Defendant/
Counterclaim Plaintiff, John M. Kiefer, Jr.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884