UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC.,
    Plaintiff-Counterclaim Defendant

v.

LEACHCO, INC.,
    Defendant-Counterclaim Plaintiff/
    Third Party Plaintiff

and

JAMIE S. LEACH,
    Counterclaim Plaintiff/
    Third Party Plaintiff

v.

JOHN M. KIEFER, JR.,
    Third Party Defendant/
    Counterclaim Plaintiff

CIVIL ACTION NO.
3:07-CV-01600-ARC

Judge A. Richard Caputo

Filed Electronically

## WITHDRAWAL OF COUNTERCLAIM OF THIRD PARTY DEFENDANT/COUNTERCLAIM PLAINTIFF, JOHN M. KIEFER, JR.

Third Party Defendant/Counterclaim Plaintiff, John M. Kiefer, Jr., hereby withdraws his Counterclaim against Defendant-Counterclaim Plaintiff/Third Party Plaintiff, Leachco, Inc., in the above-captioned matter:

Date: March 4, 2008

/s/ Andrew J. Katsock, III, Esquire
ANDREW J. KATSOCK, III, ESQUIRE
Attorney I.D. 59011
Attorney for Third Party Defendant/
Counterclaim Plaintiff, John M. Kiefer, Jr.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884

SO ORDERED:

_____ 3/6/08
A. Richard Caputo
United States District Judge