IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC.,

    Plaintiff,

v.

LEACHO, INC.,

    Defendant.

CIVIL ACTION NO. 3:CV-07-1600

(JUDGE CAPUTO)

### ORDER

**NOW**, this 17th day of March, 2008, upon consideration of Plaintiff-Counterclaim Defendant's Motion to Amend Complaint, (Doc. 34) and the Certificate of Concurrence (Doc. 36) attached thereto, **IT IS HEREBY ORDERED** that:

1. Plaintiff-Counterclaim Defendant's Motion to Amend Complaint (Doc. 34) is is **GRANTED**.

2. In accordance with Local Rule 15.1(a), the Clerk of Court is directed to file of record Plaintiff's Amended Complaint (Doc. 34-3). Defendant shall be deemed to have been served for the purpose of determining the time for response under Fed. R. Civ. P. 15(a) on the date of this Order.

A. Richard Caputo
United States District Judge

FILED
SCRANTON

MAR 17 2008

PER _____