IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., | |
|     Plaintiff-Counterclaim Defendant, | |
| v. | |
| LEACHCO, INC., | |
|     Defendant-Counterclaim Plaintiff/<br>    Third Party Plaintiff, | No. 3:07-cv-01600-ARC |
| and | (Judge A. Richard Caputo) |
| JAMIE S. LEACH, | (electronically filed) |
|     Counterclaim Plaintiff/<br>    Third Party Plaintiff, | |
| v. | |
| JOHN M. KIEFER, JR., | |
|     Third Party Defendant. | |

**MOTION TO DISMISS BY DEFENDANT LEACHCO, INC.**

The Defendant moves, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, to dismiss Count II of the Plaintiff's Amended Complaint (Doc. 42), for failure to state a claim.

The grounds for this Motion are explained in a Brief to be filed hereafter.

The undersigned counsel certifies that he has conferred by telephone with Dr. Andrew J. Katsock, III, counsel for Plaintiff, who advises that he will oppose this Motion.

A proposed Order is submitted herewith.

1

Respectfully submitted,

s/ Gary Peterson
Gary Peterson
OK 7068
211 N. Robinson Ave., Suite 450 South
Oklahoma City, OK  73102
telephone: (405) 606-3367
fax: (866) 628-0506
email: gp@garypeterson.com

Sean V. Kemether
PA 70816
Kelly Grimes Pietrangelo & Vakil, P.C.
P.O. Box 1048
Media, PA  19063-0848
telephone: 610-565-2669
fax: 610-565-0780
email: skemether@kgpv.com

Attorneys for Defendant Leachco, Inc.

# CERTIFICATE OF SERVICE

I certify that I electronically transmitted this document to the Clerk using the ECF System so as to cause transmittal of a Notice of a Electronic Filing to the following ECF registrant:

      Andrew J. Katsock, III

Attorney for Babyage.com, Inc. and John M. Kiefer, Jr., on March 26, 2008.


                <u>s/ Gary Peterson</u>