IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., | ) |
|     Plaintiff-Counterclaim Defendant, | ) |
| v. | ) |
| LEACHCO, INC., | ) |
|     Defendant-Counterclaim Plaintiff/<br>    Third Party Plaintiff, | ) No. 3:07-cv-01600-ARC |
| and | ) (Judge A. Richard Caputo) |
| JAMIE S. LEACH, | ) |
|     Counterclaim Plaintiff/<br>    Third Party Plaintiff, | ) |
| v. | ) |
| JOHN M. KIEFER, JR., | ) |
|     Third Party Defendant. | ) |

## ORDER

The Defendant is granted leave to file a 29-page brief in support of its pending motion to dismiss.

_March 31, 2008_  
Date

_/s/ A. Richard Caputo_  
UNITED STATES DISTRICT JUDGE