UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., | |
|     Plaintiff-Counterclaim Defendant | CIVIL ACTION NO. 3:07-CV-01600-ARC |
| v. | |
| LEACHCO, INC., | Judge A. Richard Caputo |
|     Defendant-Counterclaim Plaintiff/ Third Party Plaintiff | Filed Electronically |
| and | |
| JAMIE S. LEACH, | |
|     Counterclaim Plaintiff/ Third Party Plaintiff | |
| v. | |
| JOHN M. KIEFER, JR., | |
|     Third Party Defendant/ Counterclaim Plaintiff | |

## CERTIFICATE OF CONCURRENCE

I, Andrew J. Katsock, III, Esquire, hereby certify that I sought the concurrence of Defendant's counsel, Gary Peterson, Esquire, in Plaintiff's Motion to Voluntarily Dismiss Count II of its Amended Complaint Without Prejudice, and Mr. Peterson has concurred in said Motion.

Date: April 10, 2008

/s/ Andrew J. Katsock, III, Esquire
ANDREW J. KATSOCK, III, ESQUIRE
Attorney I.D. 59011
Attorney for Plaintiff,
BabyAge.com, Inc.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884