UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., <br><br> Plaintiff-Counterclaim Defendant <br><br> v. <br><br> LEACHCO, INC., <br><br> Defendant-Counterclaim Plaintiff/ Third Party Plaintiff <br><br> and <br><br> JAMIE S. LEACH, <br><br> Counterclaim Plaintiff/ Third Party Plaintiff <br><br> v. <br><br> JOHN M. KIEFER, JR., <br><br> Third Party Defendant/ Counterclaim Plaintiff | CIVIL ACTION NO. 3:07-CV-01600-ARC <br><br> Judge A. Richard Caputo <br><br> Filed Electronically |

## CERTIFICATE OF SERVICE

I, Andrew J. Katsock, III, Esquire, hereby certify that I served a true and correct copy of Plaintiff's Motion to Voluntarily Dismiss Count II of its Amended Complaint Without Prejudice, a Certificate of Concurrence and a proposed Order, in the above-captioned matter, to the person(s) listed below on the date and in the manner indicated:

Gary Peterson, Esquire
211 N. Robinson Avenue
Suite 450 South
Oklahoma City, OK 73102

Sean V. Kemether, Esquire
Kelly Grimes Pietrangelo & Vakil, P.C.
PO Box 1048
Media, PA 19063-0848

**(Via Notice of Electronic Filing
by the Clerk's Office)**

Date: <u>April 10, 2008</u>

<u>/s/ Andrew J. Katsock, III, Esquire</u>
ANDREW J. KATSOCK, III, ESQUIRE
Attorney I.D. 59011
Attorney for Plaintiff,
BabyAge.com, Inc.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884