UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., | |
|    Plaintiff-Counterclaim Defendant | CIVIL ACTION NO. 3:07-CV-01600-ARC |
| v. | |
| LEACHCO, INC., | Judge A. Richard Caputo |
|    Defendant-Counterclaim Plaintiff/ Third Party Plaintiff | Filed Electronically |
| and | |
| JAMIE S. LEACH, | |
|    Counterclaim Plaintiff/ Third Party Plaintiff | FILED SCRANTON |
| v. | APR 1 1 2008 |
| JOHN M. KIEFER, JR., | PER _____ |
|    Third Party Defendant/ Counterclaim Plaintiff | DEPUTY CLERK |

**ORDER**

AND NOW, this 11th day of April, 2008, upon consideration of Plaintiff's Motion to Voluntarily Dismiss Count II of its Amended Complaint Without Prejudice filed in the above-captioned matter, and given that Defendant's counsel, Gary Peterson, Esquire, has concurred in said Motion, it is hereby,

ORDERED AND DECREED that Plaintiff's Motion to Voluntarily Dismiss Count II of its Amended Complaint Without Prejudice is granted. Accordingly, Count II of Plaintiff's Amended Complaint concerning Plaintiff's anti-trust claims against Defendant, Leachco, Inc., is hereby dismissed without prejudice.

BY THE COURT:

A. Richard Caputo
United States District Judge