IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., </br></br> Plaintiff-Counterclaim Defendant, </br></br> v. </br></br> LEACHCO, INC., </br></br> Defendant-Counterclaim Plaintiff/ </br> Third Party Plaintiff, </br></br> and </br></br> JAMIE S. LEACH, </br></br> Counterclaim Plaintiff/ </br> Third Party Plaintiff, </br></br> v. </br></br> JOHN M. KIEFER, JR., </br></br> Third Party Defendant. | No. 3:07-cv-01600-ARC </br></br> (Judge A. Richard Caputo) </br></br> (electronically filed) |

## AMENDED ANSWER AND COUNTERCLAIMS

The Defendant responds to the numbered paragraphs of the Amended Complaint, aside from those in dismissed Count 2, as follows:

1. Admitted.

2. Admitted except that the Defendant's correct corporate name is Leachco, Inc.

3-9. Admitted.

10-16. Denied.

1

## Counterclaims

### COUNT 1

The Defendant-Counterclaim Plaintiff-Third Party Plaintiff Leachco, Inc. ("Leachco") and the Counterclaim Plaintiff-Third Party Plaintiff Jamie S. Leach counterclaim against the Counterclaim Defendant Babyage.com, Inc. and Third Party Defendant John M. Kiefer, Jr. as follows:

1. Leachco is a corporation organized under Oklahoma law and a resident of Oklahoma.

2. Jamie S. Leach is individual residing in Oklahoma.

3. Babyage.com, Inc. is a corporation having a residence in this District and having a regular and established place of business in this District, and has committed acts of infringement within this District.

4. John M. Kiefer, Jr. is an individual having a regular and established place of business in this District, and has committed acts of infringement within this District.

5. Jurisdiction is based on 28 U.S.C. § 1338(a).

6. United States Patent No. 6,760,934 was issued on July 13, 2004.

7. At all times material hereto, Jamie S. Leach has been the owner of U.S. Patent No. 6,760,934.

8. At all times material hereto, the Leachco has been the exclusive licensee of U.S. Patent No. 6,760,934 from Jamie S. Leach.

2

9. Babyage.com, Inc. has infringed U.S. Patent No. 6,760,934 by its manufacture, use, sale and offer for sale of pillow products.

10. Babyage.com, Inc. has actively induced infringement of U.S. Patent No. 6,760,934 by others, including its customers for pillow products.

11. Babyage.com, Inc. has engaged in contributory infringement of U.S. Patent No. 6,760,934 by sale of pillow products to its customers.

12. John M. Kiefer, Jr. has actively induced infringement of U.S. Patent No. 6,760,934 by others, including Babyage.com, Inc. and its customers.

13. Leachco and Jamie S. Leach have complied with the marking requirements of 35 U.S.C. § 287(a).

14. The actions described in paragraphs 9, 10, 11 and 12 have been willful.

15. Leachco and Jamie S. Leach have been damaged by the actions described in paragraphs 9, 10, 11, 12 and 14.

## COUNT 2

Leachco counterclaims against Babyage.com, Inc. as follows:

16. Leachco is a corporation organized under Oklahoma law and a resident of Oklahoma.

17. Babyage.com, Inc. is a corporation having a residence in this District.

18. Jurisdiction is based on 28 U.S.C. §§ 1337(a) and 1338(a).

19. Leachco is a manufacturer of baby-related goods as well as adult comfort and maternity pillows, and sells these products in interstate commerce through a network of retailers.

20. Babyage.com, Inc. has sold and continues to sell baby-related goods in interstate commerce by means of an Internet website that it operates and controls. This website is found at found at www.babyage.com.

21. On the website identified in paragraph 20, Babyage.com, Inc. has caused the display of, and continues to display, at least one web page describing products of Leachco. At least one instance of such a web page is found at: http://www.babyage.com/brands/leachco.htm.

22. The web page or pages identified in paragraph 21 purportedly describe Leachco products, show images of Leachco products, and include multiple usages of Leachco trademarks, including "Leachco." Links within the purported Leachco product descriptions on these web pages bring up other web pages on the babyage.com web site. Rather than displaying Leachco products, however, these linked web pages instead offer to sell the products of competitors of Leachco, including products manufactured at the instance of Babyage.com, Inc.

23. The web pages described in paragraphs 21 and 22 constitute false designations of origin, false and misleading descriptions of fact, and false and misleading representations.

24. The web pages described in paragraphs 21 and 22 are likely to cause confusion, to cause mistake, and to deceive as to the affiliation, connection and association of Babyage.com, Inc. with Leachco, and as to the origin, sponsorship and approval of the goods and commercial activities of Babyage.com, Inc.

25. The web pages identified in paragraphs 21 and 22 are used in commercial advertising and promotion, and misrepresent the nature, characteristics and qualities of the goods of Leachco.

26. Leachco is likely to be damaged, and has been damaged, by the actions described in paragraphs 21-25.

Babyage.com, Inc. is entitled to no relief on the claim asserted in its Complaint, and judgment thereon should be entered in favor of Leachco.

On Counterclaim Count 1, as to each Counterclaim Defendant and Third Party Defendant, Leachco and Jamie S. Leach request awards of damages, increased damages, interest, attorney fees and costs, an injunction against infringement, active inducement of infringement and contributory infringement, and such other relief to which Leachco and Jamie S. Leach are entitled.

On Counterclaim Count 2, as to Babyage.com, Inc., Leachco requests awards of profits, damages, triple damages, interest, attorney fees and costs, an injunction against future violations, and such other relief to which Leachco is entitled.

                                        s/ Gary Peterson
                                        Gary Peterson
                                        OK 7068
                                        211 N. Robinson Ave., Suite 450 South
                                        Oklahoma City, OK  73102
                                        telephone:   (405) 606-3367
                                        fax:          (866) 628-0506
                                        email:        gp@garypeterson.com

                                        Sean

A jury trial is demanded.

        Sean V. Kemether
        PA 70816
        Kelly Grimes Pietrangelo & Vakil, P.C.
        P.O. Box 1048
        Media, PA 19063-0848
        telephone:  610-565-2669
        fax:  610-565-0780
        email:  skemether@kgpv.com

        Attorneys for Defendant, Counterclaim Plaintiff and Third Party Plaintiff

# CERTIFICATE OF SERVICE

I certify that I electronically transmitted this document to the Clerk using the ECF System so as to cause transmittal of a Notice of a Electronic Filing to the following ECF registrant:

    Andrew J. Katsock, III

Attorney for Defendant, on April 14, 2008.

                              <u>s/ Gary Peterson</u>