# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., | |
| Plaintiff, | CIVIL ACTION NO. 3:07-CV-1600 |
| v. | (JUDGE CAPUTO) |
| LEACHCO, INC., ET AL., | |
| Defendant. | |

## ORDER

On April 10, 2008, Plaintiff filed a Motion to Voluntarily Dismiss Count II of Its Amended Complaint without Prejudice (Doc. 48), which was granted by the Order issued April 11, 2008 (Doc. 51), **THEREFORE**, this 21st day of April, 2008, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. 44) is dismissed as moot.

A. Richard Caputo
United States District Judge

FILED
SCRANTON

APR 2 2 2008

PER _____
DEPUTY CLERK