UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., <br><br> Plaintiff-Counterclaim Defendant <br><br> v. <br><br> LEACHCO, INC., <br><br> Defendant-Counterclaim Plaintiff/ Third Party Plaintiff <br><br> and <br><br> JAMIE S. LEACH, <br><br> Counterclaim Plaintiff/ Third Party Plaintiff <br><br> v. <br><br> JOHN M. KIEFER, JR., <br><br> Third Party Defendant | CIVIL ACTION NO. 3:07-CV-01600-ARC <br><br> Judge A. Richard Caputo <br><br> Filed Electronically |

## CERTIFICATE OF CONCURRENCE

I, Andrew J. Katsock, III, Esquire, hereby certify that I sought the concurrence of Leachco, Inc.'s counsel, Gary Peterson, Esquire, in the Motion to Withdraw Affirmative Defense of BabyAge.com, Inc. and John M. Kiefer, Jr. Without Prejudice, and Mr. Peterson has concurred in said Motion.

Date: June 24, 2008

/s/ Andrew J. Katsock, III, Esquire
ANDREW J. KATSOCK, III, ESQUIRE
Attorney I.D. 59011
Attorney for Plaintiff-Counterclaim Defendant,
BabyAge.com, Inc., and
Third Party Defendant, John M. Kiefer, Jr.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884