UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., | |
|     Plaintiff-Counterclaim Defendant | CIVIL ACTION NO. 3:07-CV-01600-ARC |
| v. | |
| LEACHCO, INC., | Judge A. Richard Caputo |
|     Defendant-Counterclaim Plaintiff/ Third Party Plaintiff | Filed Electronically |
| and | |
| JAMIE S. LEACH, | |
|     Counterclaim Plaintiff/ Third Party Plaintiff | |
| v. | |
| JOHN M. KIEFER, JR., | |
|     Third Party Defendant | |

## ORDER

AND NOW, this 25th day of June, 2008, upon consideration of the Motion to Withdraw Affirmative Defense of BabyAge.com, Inc. and John M. Kiefer, Jr. Without Prejudice, filed in the above-captioned matter, and given that Leachco, Inc.'s counsel, Gary Peterson, Esquire, has concurred in said Motion, it is hereby,

ORDERED AND DECREED that the Motion to Withdraw Affirmative Defense of BabyAge.com, Inc. and John M. Kiefer, Jr. Without Prejudice, is granted. Accordingly, the withdrawal of Paragraph 36 of BabyAge.com, Inc.'s and John M. Kiefer, Jr.'s Second Amended Answer to Counterclaims without prejudice, is hereby approved.

BY THE COURT:

_____
A. Richard Caputo
United States District Judge