| | |
|---|---|
| BABYAGE.COM, INC., | |
|     Plaintiff-Counterclaim Defendant | CIVIL ACTION NO. 3:07-CV-01600-ARC |
| v. | |
| LEACHCO, INC., | Judge A. Richard Caputo |
|     Defendant-Counterclaim Plaintiff/ Third Party Plaintiff | Filed Electronically |
| and | |
| JAMIE S. LEACH, | |
|     Counterclaim Plaintiff/ Third Party Plaintiff | |
| v. | |
| JOHN M. KIEFER, JR., | |
|     Third Party Defendant | |

## CERTIFICATE OF SERVICE

I, Andrew J. Katsock, III, Esquire, hereby certify that I served a true and correct copy of the Brief of BabyAge.com, Inc. and John M. Kiefer, Jr. in Opposition to Motion of Leachco, Inc. and Jamie S. Leach for Leave to File Second Amended Answer, in the above-captioned matter, to the person(s) listed below on the date and in the manner indicated:

    Gary Peterson, Esquire                    Sean V. Kemether, Esquire
    211 N. Robinson Avenue                Kelly Grimes Pietrangelo & Vakil, P.C.
    Suite 450 South                           PO Box 1048
    Oklahoma City, OK  73102             Media, PA  19063-0848

**(Via Notice of Electronic Filing
by the Clerk's Office)**

Date: August 27, 2008                 /s/ Andrew J. Katsock, III, Esquire
                                         ANDREW J. KATSOCK, III, ESQUIRE
                                         Attorney I.D. 59011
                                         Attorney for Plaintiff-Counterclaim Defendant,
                                         BabyAge.com, Inc., and
                                         Third Party Defendant, John M. Kiefer, Jr.

15 Sunrise Drive
Wilkes-Barre, PA  18705
Telephone & Facsimile No.:  (570) 829-5884