UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., | |
|     Plaintiff-Counterclaim Defendant | CIVIL ACTION NO. 3:07-CV-01600-ARC |
| v. | |
| LEACHCO, INC., | Judge A. Richard Caputo |
|     Defendant-Counterclaim Plaintiff/<br>    Third Party Plaintiff | Filed Electronically |
| and | |
| JAMIE S. LEACH, | |
|     Counterclaim Plaintiff/<br>    Third Party Plaintiff | |
| v. | |
| JOHN M. KIEFER, JR., | |
|     Third Party Defendant | |

## **CERTIFICATE OF SERVICE**

    I, Andrew J. Katsock, III, Esquire, hereby certify that I served a true and correct copy of BabyAge.com, Inc.'s and John M. Kiefer, Jr.'s Objection to Leachco, Inc.'s and Jamie S. Leach's Request for Entry and Inspection, in the above-captioned matter, to the person(s) listed below on the date and in the manner indicated:

    Gary Peterson, Esquire                    Sean V. Kemether, Esquire
    211 N. Robinson Avenue                Kelly Grimes Pietrangelo & Vakil, P.C.
    Suite 450 South                            PO Box 1048
    Oklahoma City, OK 73102             Media, PA 19063-0848

**(Via Notice of Electronic Filing
by the Clerk's Office)**

Date: September 5, 2008             /s/ Andrew J. Katsock, III, Esquire
                                           ANDREW J. KATSOCK, III, ESQUIRE
                                           Attorney I.D. 59011
                                           Attorney for Plaintiff-Counterclaim Defendant,
                                           BabyAge.com, Inc., and
                                           Third Party Defendant, John M. Kiefer, Jr.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884