IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC., :
   Plaintiff-Counterclaim Def., : CIVIL ACTION NO. 3:CV-07-1600
v. : (JUDGE CAPUTO)
LEACHO, INC., :
   Defendant-Counterclaim
   Plaintiff/Third Party Plaintiff, :
and
JAMIE S. LEACH, :
   Counterclaim Plaintiff/ Third
   Party Plaintiff, :
v. :
JOHN M. KIEFER, JR., :
   Third Party Defendant :

### ORDER

Plaintiff/Counterclaim Defendant, BabyAge.com, Inc. filed a Motion for Partial Summary Judgment (Doc. 81) on September 26, 2008. A supporting brief was not filed simultaneously with the motion. **NOW THEREFORE**, in view of Paragraph 8 of this Court's Case Management Order dated May 21, 2008 (Doc. 61), **IT IS HEREBY ORDERED** that Plaintiff/Counterclaim Defendant, BabyAge.com, Inc.'s Motion for Partial Summary Judgment (Doc. 81) is **deemed withdrawn.**

                                          _/s/ A. Richard Caputo_   10/3/08
                                          A. Richard Caputo
                                          United States District Judge