UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC., :
:
    Plaintiff-Counterclaim Defendant : CIVIL ACTION NO. 3:07-CV-01600-ARC
:
    v. :
: Judge A. Richard Caputo
LEACHCO, INC., :
:
    Defendant-Counterclaim Plaintiff/ : Filed Electronically
    Third Party Plaintiff :
:
and :
:
JAMIE S. LEACH, :
:
    Counterclaim Plaintiff/ :
    Third Party Plaintiff :
:
    v. :
:
JOHN M. KIEFER, JR., :
:
    Third Party Defendant :

## RULE 56.1 STATEMENT

Plaintiff-Counterclaim Defendant, BabyAge.com, Inc. (hereinafter "BabyAge"), by and through its attorney, Andrew J. Katsock, III, Esquire, herewith submits its Rule 56.1 Statement in connection with its Motion for Partial Summary Judgment with respect to the counterclaims of Defendant-Counterclaim Plaintiff, Leachco, Inc., and Counterclaim Plaintiff, Jamie S. Leach (hereinafter collectively "Leachco"), as follows:

    1.    Leachco is the exclusive licensee of U.S. Patent No. 6,760,934 ("the '934 Patent"). (Counterclaim ¶ 8.)

2. The '934 Patent is comprised of one (1) independent claim and two (2) dependant claims. U.S. Patent No. 6,760,934.

3. The independent claim of the '934 Patent requires, in pertinent part, that the device embody "[a] symmetrically contoured support pillow formed essentially in an inverted U-shape, comprising essentially a semi-circular crown." U.S. Patent No. 6,760,934.

4. The Court conclusively resolved that "[t]he semi-circular crown means the top of the pillow is shaped like a semi-circle." (Mem. Op. 09/18/2008 at 8.)

5. The upper portion or "crown" of the accused device (Ex. C of the Complaint), is not semicircular. (Compl. Ex. C.)

6. BabyAge sells baby-related goods by means of a website having the web address www.babyage.com (hereinafter "the Website"). (Counterclaim ¶ 20.)

7. All of the goods that are displayed, identified, and offered for sale at http://www.babyage.com/brands/leachco.htm, as originating from Leachco are genuine and authentic products manufactured by or for Leachco. (Counterclaim ¶ 22.)

8. Each and every link at the Website to a product using Leachco's trademark also has a link that reads as follows: "See More Leachco Products." (Decl. of John M. Kiefer, Jr.)[1]

9. There are no instances in which any goods displayed and offered for sale on the Website and identified as having been manufactured by or for Leachco have been represented as having been manufactured for or by any other manufacturer or seller of those products. (Counterclaim ¶ 22.)

10. There are no instances in which any goods displayed and offered for sale on the Website and identified as having been manufactured by or for a manufacturer or seller other than

---

[1] The Declaration of Mr. Kiefer is attached hereto in support of the relief sought hereby.

Leachco have been represented as having been manufactured for or by Leachco. (Counterclaim ¶ 22.)

11. Leachco's trademark is used on the Website only to identify goods manufactured for or by Leachco. (Counterclaim ¶ 22; Decl. of John M. Kiefer, Jr.)

12. At no time has BabyAge sought to use the Website to suggest or infer in any way, form, manner, or fashion that a product made or sold by a Leachco competitor was made or sold by Leachco as suggested in ¶ 22 of Leachco's counterclaim. (Decl. of John M. Kiefer, Jr.)

13. At no time has BabyAge sought to use the Website to suggest or infer in any way, form, manner, or fashion that a product made or sold by Leachco was made or sold by a Leachco competitor as suggested in ¶ 22 of Leachco's counterclaim. (Decl. of John M. Kiefer, Jr.)

14. Upon reasonable investigation, there is no instance where a consumer believed that a product manufactured for or on behalf of Leachco was manufactured for or on behalf of BabyAge. (Decl. of John M. Kiefer, Jr.)

15. Upon reasonable investigation, there is no instance where a consumer believed that a product manufactured for or on behalf of BabyAge was manufactured for or on behalf of Leachco. (Decl. of John M. Kiefer, Jr.)

Respectfully submitted,

Date: October 7, 2008

/s/ Andrew J. Katsock, III, Esquire
ANDREW J. KATSOCK, III, ESQUIRE
Attorney I.D. 59011
Attorney for Plaintiff-Counterclaim Defendant,
BabyAge.com, Inc.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884

# DECLARATION OF JOHN M. KIEFER JR.

1. I, John M. Kiefer, am Chief Executive Officer of BABYAGE.COM, INC. (hereinafter "BabyAge"), the Plaintiff and Counterclaim Defendant herein. I have personal knowledge of all the facts stated in this Declaration.

2. BabyAge sells baby-related and infant care products via its Website, BabyAge.com (hereinafter "the Website"). Among the products it offers for sale to consumers are products manufactured for or on behalf of BabyAge and sold under that trademark.

3. BabyAge also offers for sale at the Website products made by or for manufacturers under numerous different trademarks, including those manufactured by or for Defendant, Leachco, Inc. ("hereinafter "Leachco"). The consumer can shop for products at the Website by product category or by brand.

4. No individual brand or trademark is displayed more prominently than any other brand or trademark on the Website, except during select scheduled promotional periods.

5. BabyAge does not knowingly or intentionally misrepresent any goods sold on the Website. To the best of its ability, BabyAge seeks to correctly identify the source of each product offered for sale, and where applicable, accurately represent the manufacturer by label, brand, and trademark.

6. BabyAge does not desire and has not sought in the past to infer in any way, form, manner, or fashion on the Website, any relationship with Leachco, commercial or otherwise, other than as a vendor of specifically agreed upon Leachco products.

7. BabyAge is not, and does not knowingly or intentionally represent itself in any way, form, manner, or fashion as being, an authorized or exclusive distributor or seller of Leachco products.

(Attached to this Declaration as Exhibits A-D are true and accurate photocopies of representative pages of the Website made on September 30, 2008.)

8. Each and every link at the Website to a product using Leachco's trademark also has a link that reads as follows: "See More Leachco Products."

9. Leachco's trademark is used on the Website only to identify goods manufactured for or by Leachco.

10. At no time has BabyAge sought to use the Website to suggest or infer in any way, form, manner, or fashion that a product made or sold by a Leacho competitor was made or sold by Leachco as suggested in ¶ 22 of Leacho's counterclaim.

11. At no time has BabyAge sought to use the Website to suggest or infer in any way, form, manner, or fashion that a product made or sold by Leacho was made or sold by a Leacho competitor as suggested in ¶ 22 of Leacho's counterclaim.

12. Upon reasonable investigation, I am not aware of any instance where a consumer believed that a product manufactured for or on behalf of Leachco was manufactured for or on behalf of Babyage.com.

13. Upon reasonable investigation, I am not aware of any instance where a consumer believed that a product manufactured for or on behalf of Babyage.com was manufactured for or on behalf of Leachco.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

John M. Kiefer

Executed on:

October 3, 2008

Wilkes-Barre, Pennsylvania



Leachco Natural Contoured Nursing Pillow

AVAILABLE IN 3 PATTERNS

$19.99
BabyAge Low Price!

CURRENTLY OUT OF STOCK

Leachco Cush N Caddy Bath Cushion and Shower Caddy

$13.99
BabyAge Low Price!

CURRENTLY OUT OF STOCK

Leachc

AVAILAE

$
BabyA

CURRENT

Leachco Original Snoogle Total Body Pillow

AVAILABLE IN 3 COLORS

$41.34 - $42.36
BabyAge Low Price!

CURRENTLY OUT OF STOCK

Leachco Body Double Pillow Set

$49.99
BabyAge Low Price!

CURRENTLY OUT OF STOCK

Leachco
Tota

AVAILAE

$
BabyA

CURRENT

Prop-O"s Head Support and Seat Strap Covers

AVAILABLE IN 2 COLORS

$10.99
BabyAge Low Price!

CURRENTLY OUT OF STOCK

Leachco Prop "R Shopper

$29.99
BabyAge Low Price!

CURRENTLY OUT OF STOCK

Take Cove
Sea

AVAILABl

$
BabyA

SHIPS TOD
THE NE)

SORT BY  Best Seller            View

Careers | Affiliate Program | Privacy Policy | Shipping Policy | Sitemap | About Us | Return Policy | Shop /

Enter your email address here [ ]

Your child's age ○ Infant ○ Toddler ○ Juvenile ○ Pregnancy

*Coupon code will be emailed upon signup [Sign Up]



Copyright ©2008 BabyAge.com. All Rights Reserved



Health & Safety » Health Essentials

 See More Leachco Products

**Leachco Easy Teether- Pink**
Item #13520-P

**$12.99**
BabyAge Low Price!

**CURRENTLY OUT OF STOCK**



- Shipping Details & Information
- This product ships in the original packaging.



Color Options - Pink

Average Customer Rating
(Not Yet Rated)

*Product Description*
**Leachco Easy Teether** The teether from Leachco not only protec seasoned teether from splinters, cracks and paint chips, but also k baby's favorite teething toys within easy reach. The Velcro on the allows parents to ... <u>read more</u>

**YOU MAY ALSO LIKE**



PLAINTIFF'S EXHIBIT
B

   

**Todays Mom**
Nursery Furniture
**$199.99**

**Melissa and Doug**
Wooden Toys
**$49.99**

**Little Tikes**
Outdoor Toys
**$149.99**

Kidc
Safety Ess
$7.4

Description

**Leachco Easy Teether**

The teether from Leachco not only protects a seasoned teether from splinters, cracks and paint chips, but also keep easy reach. The Velcro on the teether allows parents to customize the crib rail with all the toys baby loves most. Th size cribs with a circumference of 8 in. or less.

**Product Features**
- Teether protects a seasoned teether from splinters, cracks and paint chips
- Allows baby's favorite teething toys to keep easily within reach
- Specially placed Velcro tabs allow parents to customize crib rail
- Teether from Leachco has dimensions of 50 x 10 in.
- Fits standard size cribs
- Velcro closures for easy use

Careers | Affiliate Program | Privacy Policy | Shipping Policy | Sitemap | About Us | Return Policy | Shop /

Enter your email address here _____

Your child's age  ○ Infant  ○ Toddler  ○ Juvenile  ○ Pregnancy

*Coupon code will be emailed upon signup    Sign Up



Copyright ©2008 BabyAge.com. All Rights Reserved



| KidCo PeaPod Plus Travel Bed | Fisher-Price Smart Stages 3 in 1 Rocker Swing | Baby Bjo |
|---|---|---|
| AVAILABLE IN 2 COLORS | ON SALE - SAVE OVER 30% | FREE SH |
| **$81.99 - $84.99** | **$69.99** | $ |
| Original Price: $104.00 | Original Price: $99.99 | Origina |
| BUY TODAY! SHIPS IN 3-5 BUSINESS DAYS | SHIPS TODAY - IF ORDERED IN THE NEXT 3 HRS 32 MINS | SHIPS TOD THE NEX |
| Chicco Little Driver Baby Walker | Evenflo Cross Terrain Frame Carrier | Fisher-F Tod |
| FREE SHIPPING | BEST SELLER! | BE |
| **$69.99** BabyAge Low Price! | **$89.99** BabyAge Low Price! | $ BabyA |
| SHIPS TODAY - IF ORDERED IN THE NEXT 3 HRS 32 MINS | CURRENTLY OUT OF STOCK | CURRENT |
| Melissa and Doug Alligator Push Toy | Graco Baby Einstein Discover & Play Activity Center | Combi 3 in |
| | | FREE SH |
| BEST SELLER! | BEST SELLER! | |
| **$39.99** BabyAge Low Price! | **$79.99** BabyAge Low Price! | $ BabyA |
| SHIPS TODAY - IF ORDERED IN THE NEXT 3 HRS 32 MINS | SHIPS TODAY - IF ORDERED IN THE NEXT 3 HRS 32 MINS | SHIPS TOD THE NEX |

|  |  |  |
|---|---|---|
| Evenflo ExerSaucer Mega | Little Tikes Push & Ride Doll Walker | Kelty K. Backpac |
| AVAILABLE IN 2 COLORS | BEST SELLER! | ON SALE |
| **$59.99** | **$24.99** | $ |
| BabyAge Low Price! | BabyAge Low Price! | Original |
| SHIPS TODAY - IF ORDERED IN THE NEXT 3 HRS 32 MINS | SHIPS TODAY - IF ORDERED IN THE NEXT 3 HRS 32 MINS | CURRENT |

SORT BY  Best Seller          View

**Diaper Bags**     Baby Carriers     High Chairs     Travel Gear     Activity and Play

Diaper bags have certainly come a long way. In the past, a diaper bag was seen as being big and bulky with areas essentials. However, in a fashion forward world, parents are selecting diaper bags to not only haul the days content Chances are passerby's will not even know its a diaper bag. There is certainly no shortage of styles, sizes and price bags come in many different fashion forms with an assortment of solids, prints and even plaids. There are variety o diaper bag, and tote diaper bag. The diaper bag backpack is quickly becoming the most popular style of diaper bag the child. As far as individual baby diaper bags, some of the most popular include the Skip Hop Dash, Outside Baby Diaper Bag.

Careers | Affiliate Program | Privacy Policy | Shipping Policy | Sitemap | About Us | Return Policy | Shop

Enter your email address here |_____|
Your child's age  ○ Infant  ○ Toddler  ○ Juvenile  ○ Pregnancy
*Coupon code will be emailed upon signup    Sign Up








Copyright ©2008 BabyAge.com. All Rights Reserved



| Boppy Total Body Pillow | Boppy Cuddle Pillow | Snoozer Natural G |
|---|---|---|
| | | ON SALE |
| $54.99 | $34.99 | $ |
| BabyAge Low Price! | BabyAge Low Price! | Original |
| CURRENTLY OUT OF STOCK | CURRENTLY OUT OF STOCK | BUY TO[ BUS |
| Dex Products Pregnancy Pillow Deluxe | Basic Comfort Body Support Pillow | Todays Recei |
| | | AVAILAE |
| $9.99 | $48.99 | $ Origina |
| BabyAge Low Price! | BabyAge Low Price! | |
| BUY TODAY! SHIPS IN NEXT BUSINESS DAY | CURRENTLY OUT OF STOCK | BUY TOD/ BU: |
| What To Expect The Toddler Years | Boppy Pregnancy Wedge | Graco |
| $16.95 | $14.99 | $ |
| BabyAge Low Price! | BabyAge Low Price! | BabyA |
| BUY TODAY! SHIPS IN NEXT BUSINESS DAY | BUY TODAY! SHIPS IN NEXT BUSINESS DAY | BUY TOD/ BU: |

|  | Cloud B Velboa Mommy Blanket | Cloud B Double Sherpa Baby Blanket Set | Graco Liste |
|---|---|---|---|
|  |  |  | ON SALE |
|  | **$74.00** | **$46.00** | $ |
|  | BabyAge Low Price! | BabyAge Low Price! | Origina |
|  | BUY TODAY! SHIPS IN NEXT BUSINESS DAY | BUY TODAY! SHIPS IN NEXT BUSINESS DAY | BUY TOD BU! |

SORT BY   Best Seller     View

**Pregnancy Pillow**     Skin Care     Prenatal Monitors     Stationary     Mom to Be

Good maternity pillows are hard to find. It's all about mom's comfort when it comes to a pregnancy pillow and Baby Today's Mom Cozy Comfort Pregnancy Pillow is like sleeping on a cloud. Today's Mom has listened to the biggest co biggest pregnancy pillow problems has been hard edges digging into mom's shoulder. The Cozy Comfort has a curv to the shoulder and provides a soft sleep. Another problem examined by Today's Mom is lumbar support. The Cozy while she sleeps. An important upgrade mother's demanded was belly support. This maternity body pillow features support the baby comfortable. Perhaps the best feature is the large, square head rest area. Other pillows feature a Comfort's head support resembles a standard pillow to provide comfort. This is one of the only pregnancy pillows de Now, the pillow and case can be separated for washing. Both are machine washable, made of a 50/50 combination percale. This revolutionary pillow is patent pending.

Careers | Affiliate Program | Privacy Policy | Shipping Policy | Sitemap | About Us | Return Policy | Shop



Enter your email address here [            ]
Your child's age  ○ Infant  ○ Toddler  ○ Juvenile  ○ Pregnancy
*Coupon code will be emailed upon signup   Sign Up

    

Copyright ©2008 BabyAge.com. All Rights Reserved