UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC., :
:
    Plaintiff-Counterclaim Defendant : CIVIL ACTION NO. 3:07-CV-01600-ARC
:
    v. :
: Judge A. Richard Caputo
LEACHCO, INC., :
:
    Defendant-Counterclaim Plaintiff/ : Filed Electronically
    Third Party Plaintiff :
:
and :
:
JAMIE S. LEACH, :
:
    Counterclaim Plaintiff/ :
    Third Party Plaintiff :
:
    v. :
:
JOHN M. KIEFER, JR., :
:
    Third Party Defendant :

## CERTIFICATE OF NON-CONCURRENCE

I, Andrew J. Katsock, III, Esquire, hereby certify that I sought the concurrence of Defendant-Counterclaim Plaintiff's counsel in the Motion for Partial Summary Judgment filed by the Plaintiff-Counterclaim Defendant, BabyAge.com, Inc., and Defendant-Counterclaim Plaintiff's counsel does not concur in said Motion.

Date: October 7, 2008      /s/ Andrew J. Katsock, III, Esquire
                                           ANDREW J. KATSOCK, III, ESQUIRE
                                           Attorney I.D. 59011
                                           Attorney for Plaintiff-Counterclaim Defendant,
                                           BabyAge.com, Inc.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884