UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC., :
:
    Plaintiff-Counterclaim Defendant : CIVIL ACTION NO. 3:07-CV-01600-ARC
:
    v. :
: Judge A. Richard Caputo
LEACHCO, INC., :
:
    Defendant-Counterclaim Plaintiff/ : Filed Electronically
    Third Party Plaintiff :
:
and :
:
JAMIE S. LEACH, :
    Counterclaim Plaintiff/ :
    Third Party Plaintiff :
:
    v. :
:
JOHN M. KIEFER, JR., :
    Third Party Defendant :

---

## CERTIFICATE OF SERVICE

I, Andrew J. Katsock, III, Esquire, hereby certify that I served a true and correct copy of a Motion for Partial Summary Judgment, Rule 56.1 Statement, Memorandum in Support of Motion for Partial Summary Judgment, Certificate of Non-Concurrence and proposed Order, in the above-captioned matter, to the person(s) listed below on the date and in the manner indicated:

    Gary Peterson, Esquire          Sean V. Kemether, Esquire
    211 N. Robinson Avenue         Kelly Grimes Pietrangelo & Vakil, P.C.
    Suite 450 South                   P.O. Box 1048
    Oklahoma City, OK 73102       Media, PA 19063-0848

**(Via Notice of Electronic Filing
by the Clerk's Office)**

Date: <u>October 7, 2008</u>               <u>/s/ Andrew J. Katsock, III, Esquire</u>
                                           ANDREW J. KATSOCK, III, ESQUIRE
                                           Attorney I.D. 59011
                                           Attorney for Plaintiff-Counterclaim Defendant,
                                           BabyAge.com, Inc.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884