IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC. et al., )
)
    Plaintiff-Counterclaim Defendants/ )
    Third Party Defendants, ) No. 3:07-cv-01600-ARC
)
v. ) (Judge A. Richard Caputo)
)
LEACHCO, INC. et al., ) (electronically filed)
)
    Defendant-Counterclaim Plaintiffs/ )
    Third Party Plaintiffs. )

**RESPONSE TO RULE 56.1 STATEMENT**

1-2.    Admitted.

3.    Denied. Claim 1 has no "pertinent part." The complete text of the claim is set out in columns 4 and 5 of the patent. Exhibit 2.

4.    Admitted that the Court made the quoted ruling. It does not become "conclusive," and remains subject to reconsideration, until a final judgment is entered.

5.    Admitted that the crown is "not shaped like a semi-circle" because it has square corners at its upper contour. The balance of the allegation is denied, because the crown of the accused product has a semi-circular base. Exhibit 1, ¶ 10; Exhibit 6.

Admitted.

7-13.    Denied. Exhibit 1, ¶¶ 14-19.

14-15.    Denied. The Plaintiff has wrongfully withheld records and refused to cooperate in pretrial discovery aimed at testing the truth of these allegations. Exhibit 14, ¶ 2-7.

1

## Additional Material Facts

16.  Putting aside the semi-circular crown element of claim 1, the Babyage Cozy Comfort pillow includes each of the remaining elements of claims 1, 2 and 3 of U.S. Patent No. 6,76,934. Exhibit 1, ¶ 8, Exhibits 7-10.

17.  The crown of the Babyage Cozy Comfort pillow is equivalent to the semi-circular crown element of claim 1 of U.S. Patent No. 6,76,934, assuming that this element is not literally satisfied by the pillow. Exhibit 1, ¶¶ 9-13.

18.  Babyage has offered for sale and sold the Cozy Comfort pillow within the United States since July 13, 2004, the issue date of U.S. Patent No. 6,76,934. Exhibit 1, ¶ 6-7, Exhibits 2-3.

Respectfully submitted,

s/ Gary Peterson
Gary Peterson
OK 7068
211 N. Robinson Ave., Suite 450 South
Oklahoma City, OK  73102
telephone:   (405) 606-3367
fax:            (866) 628-0506
email:         gp@garypeterson.com

Sean V. Kemether
PA 70816
Kelly Grimes Pietrangelo & Vakil, P.C.
P.O. Box 1048
Media, PA  19063-0848
telephone:   610-565-2669
fax:            610-565-0780
email:         skemether@kgpv.com

Attorneys for Defendant and Counterclaim Plaintiffs

# CERTIFICATE OF SERVICE

I certify that I electronically transmitted this document to the Clerk using the ECF System so as to cause transmittal of a Notice of a Electronic Filing to the following ECF registrant:

    Andrew J. Katsock, III

Attorney for Babyage.com, Inc. and John M. Kiefer, Jr., on October 22, 2008.

                                  s/ Gary Peterson