IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BABYAGE.COM, INC.,

    Plaintiff-Counterclaim Def., : CIVIL ACTION NO. 3:CV-07-1600

v.

                                            (JUDGE CAPUTO)

LEACHCO, INC.,

    Defendant-Counterclaim
    Plaintiff/Third Party Plaintiff,

and

JAMIE S. LEACH,

    Counterclaim Plaintiff/ Third
    Party Plaintiff,

v.

JOHN M. KIEFER, JR.,

    Third Party Defendant

## ORDER

**NOW**, this 27th day of October, 2008, upon consideration of BabyAge.com, Inc.'s and John M. Kiefer, Jr.'s Objection to Leachco, Inc.'s and Jamie S. Leach's Request for Entry and Inspection (Doc. 78), and after having a conference call with counsel on October 23, 2008, **IT IS HEREBY ORDERED** that Leachco, Inc.'s and Jamie S. Leach's Request for Entry and Inspection is **DENIED**.

                                                   /s/ A. Richard Caputo
                                                   A. Richard Caputo
                                                   United States District Judge