UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., | : |
| Plaintiff-Counterclaim Defendant | : CIVIL ACTION NO. 3:07-CV-01600-ARC |
| v. | : |
| LEACHCO, INC., | : Judge A. Richard Caputo |
| Defendant-Counterclaim Plaintiff/ Third Party Plaintiff | : Filed Electronically |
| and | : |
| JAMIE S. LEACH, | : |
| Counterclaim Plaintiff/ Third Party Plaintiff | : |
| v. | : |
| JOHN M. KIEFER, JR., | : |
| Third Party Defendant | : |

## BABYAGE'S RESPONSE TO LEACHCO'S ADDITIONAL MATERIAL FACTS

NOW COMES, the Plaintiff-Counterclaim Defendant, BabyAge.com, Inc. ("BabyAge"), by and through its attorney, Andrew J. Katsock, III, Esquire, and hereby responds to the Additional Material Facts asserted by the Defendant-Counterclaim Plaintiff, Leachco, Inc. ("Leachco"), as follows:

16. Denied. See Amended Complaint, ¶ 11-13.

17. Denied. See Dolly, Inc. v. Spalding & Evenflo Cos., 16 F.3d 394, 400 (Fed. Cir. 1994).

18. Admitted to the extent that BabyAge's sale of the Cozy Comfort pillow has not infringed U.S. Patent 6,760,934. <u>See</u> Answer to Counterclaim, ¶ 9-12.

|  |  |
|---|---|
| Date: <u>November 3, 2008</u> | <u>/s/ Andrew J. Katsock, III, Esquire</u><br>ANDREW J. KATSOCK, III, ESQUIRE<br>Attorney I.D. 59011<br>Attorney for Plaintiff-Counterclaim Defendant,<br>BabyAge.com, Inc. |

15 Sunrise Drive
Wilkes-Barre, PA  18705
Telephone & Facsimile No.:  (570) 829-5884