UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., | : |
| Plaintiff-Counterclaim Defendant | : CIVIL ACTION NO. 3:07-CV-01600-ARC |
| v. | : |
| | : Judge A. Richard Caputo |
| LEACHCO, INC., | : |
| Defendant-Counterclaim Plaintiff/ Third Party Plaintiff | : Filed Electronically |
| and | : |
| JAMIE S. LEACH, | : |
| Counterclaim Plaintiff/ Third Party Plaintiff | : |
| v. | : |
| JOHN M. KIEFER, JR., | : |
| Third Party Defendant | : |

## CERTIFICATE OF SERVICE

I, Andrew J. Katsock, III, Esquire, hereby certify that I served a true and correct copy of a Reply Memorandum in Further Support of Motion for Partial Summary Judgment and BabyAge's Response to Leachco's Additional Material Facts, in the above-captioned matter, to the person(s) listed below on the date and in the manner indicated:

Gary Peterson, Esquire  
211 N. Robinson Avenue  
Suite 450 South  
Oklahoma City, OK 73102  

Sean V. Kemether, Esquire  
Kelly Grimes Pietrangelo & Vakil, P.C.  
P.O. Box 1048  
Media, PA 19063-0848  

**(Via Notice of Electronic Filing by the Clerk's Office)**

Date: <u>November 3, 2008</u>     /s/ Andrew J. Katsock, III, Esquire  
ANDREW J. KATSOCK, III, ESQUIRE  
Attorney I.D. 59011  
Attorney for Plaintiff-Counterclaim Defendant,  
BabyAge.com, Inc.

15 Sunrise Drive  
Wilkes-Barre, PA 18705  
Telephone & Facsimile No.: (570) 829-5884