UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., : | |
|     Plaintiff-Counterclaim Defendant : | |
| : | |
|             v. : | CIVIL ACTION NO. |
| : | 3:07-CV-01600-ARC |
| LEACHCO, INC., : | |
|     Defendant-Counterclaim Plaintiff/ : | |
|     Third Party Plaintiff : | Judge A. Richard Caputo |
| : | |
| and : | |
| : | Filed Electronically |
| JAMIE S. LEACH, : | |
|     Counterclaim Plaintiff/ : | |
|     Third Party Plaintiff : | |
| : | |
|             v. : | |
| : | |
| JOHN M. KIEFER, JR., : | |
|     Third Party Defendant : | |

## CERTIFICATE OF SERVICE

I, Andrew J. Katsock, III, Esquire, hereby certify that I served a true and correct copy of Plaintiff-Counterclaim Defendant's and Third Party Defendant's Third Amended Answer to Counterclaims, in the above-captioned matter, to the person(s) listed below on the date and in the manner indicated:

| | |
|---|---|
| Gary Peterson, Esquire | Sean V. Kemether, Esquire |
| 211 N. Robinson Avenue | Kelly Grimes Pietrangelo & Vakil, P.C. |
| Suite 450 South | P.O. Box 1048 |
| Oklahoma City, OK 73102 | Media, PA 19063-0848 |

**(Via Notice of Electronic Filing
by the Clerk's Office)**

Date: <u>November 10, 2008</u>      /s/ Andrew J. Katsock, III, Esquire
                                                                          ANDREW J. KATSOCK, III, ESQUIRE
                                                                          Attorney I.D. 59011
                                                                          Attorney for Plaintiff-Counterclaim Defendant,
                                                                          BabyAge.com, Inc. and Third Party Defendant,
                                                                          John M. Kiefer, Jr.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884