UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., <br>     Plaintiff-Counterclaim Defendant | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. <br> :    3:07-cv-01600-ARC |
| LEACHCO, INC., <br>     Defendant-Counterclaim Plaintiff/ <br>     Third Party Plaintiff | : <br> : <br> :    Judge A. Richard Caputo |
| and | : <br> :    Filed Electronically |
| JAMIE S. LEACH, <br>     Counterclaim Plaintiff/ <br>     Third Party Plaintiff | : <br> : <br> : |
| v. | : <br> : |
| JOHN M. KIEFER, JR., <br>     Third Party Defendant | : <br> : |

## **CERTIFICATE OF SERVICE**

I, Andrew J. Katsock, III, Esquire, hereby certify that I served the Pre-Trial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3) of BabyAge.com, Inc. and John M. Kiefer, Jr., in the above-captioned matter, to the person(s) listed below on the date and in the manner indicated:

| | |
|---|---|
| Gary Peterson, Esquire <br> 211 N. Robinson Avenue <br> Suite 450 South <br> Oklahoma City, OK 73102 | Sean V. Kemether, Esquire <br> Kelly Grimes Pietrangelo & Vakil, P.C. <br> P.O. Box 1048 <br> Media, PA 19063-0848 |

**(Via Notice of Electronic Filing
by the Clerk's Office)**

Date: December 1, 2008          /s/ Andrew J. Katsock, III, Esquire
                                          ANDREW J. KATSOCK, III, ESQUIRE
                                          Attorney for Plaintiff-Counterclaim Defendant,
                                          BabyAge.com, Inc., and
                                          Third Party Defendant, John M. Kiefer, Jr.

15 Sunrise Drive
Wilkes-Barre, PA 18705
Telephone & Facsimile No.: (570) 829-5884