BabyAge..com, Inc. v. Leachco, Inc.     Doc. 106

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC., | |
|    Plaintiff-Counterclaim Defendant | CIVIL ACTION NO. 3:07-CV-01600-ARC |
| v. | |
| LEACHCO, INC., | Judge A. Richard Caputo |
|    Defendant-Counterclaim Plaintiff/<br>   Third Party Plaintiff | Filed Electronically |
| and | |
| JAMIE S. LEACH, | |
|    Counterclaim Plaintiff/<br>   Third Party Plaintiff | |
| v. | |
| JOHN M. KIEFER, JR., | |
|    Third Party Defendant/<br>   Counterclaim Plaintiff | |

**ORDER**

AND NOW, this 30th day of March, 2009, based upon the representations of counsel that the above-captioned matter has been settled, it is hereby

ORDERED AND DECREED that the anti-trust claims of Plaintiff, BabyAge.com, Inc., against Defendant, Leachco, Inc., previously withdrawn without prejudice in this Court's Order entered and filed on April 11, 2008, are neither affected nor intended to be affected by this settlement.

BY THE COURT:

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

Dockets.Justia.com