IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BABYAGE.COM, INC. et al., | ) | |
| | ) | |
| Plaintiff-Counterclaim Defendants/ | ) | |
| Third Party Defendants, | ) | No. 3:07-cv-01600-ARC |
| | ) | |
| v. | ) | (Judge A. Richard Caputo) |
| | ) | |
| LEACHCO, INC. et al., | ) | (electronically filed) |
| | ) | |
| Defendant-Counterclaim Plaintiffs/ | ) | |
| Third Party Plaintiffs. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c), Federal Rules of Civil Procedure, this

action is hereby dismissed, including all claims, counterclaims and third party claims.


| | |
|---|---|
| s/ Gary Peterson | s/ Andrew J. Katsock, III |
| Gary Peterson | Andrew J. Katsock, III |
| OK 7068 | PA 59011 |
| 211 N. Robinson Ave., Suite 450 South | 15 Sunrise Drive |
| Oklahoma City, OK  73102 | Wilkes Barre, PA  18705 |
| telephone:   (405) 606-3367 | telephone/fax:       (570) 829-5884 |
| fax:             (866) 628-0506 | email:              ajkesq@epix.net |
| email:          gp@garypeterson.com | |
| | |
| Attorney for Leachco, Inc. and Jamie S. Leach | Attorney for Babyage.com, Inc. and John M. Kiefer, Jr. |