IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BABYAGE.COM, INC. et al., | ) |
| | ) |
| Plaintiff-Counterclaim Defendants/ | ) |
| Third Party Defendants, | ) No. 3:07-cv-01600-ARC |
| | ) |
| v. | ) (Judge A. Richard Caputo) |
| | ) |
| LEACHCO, INC. et al., | ) (electronically filed) |
| | ) |
| Defendant-Counterclaim Plaintiffs/ | ) |
| Third Party Plaintiffs. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c), Federal Rules of Civil Procedure, this action is hereby dismissed, including all claims, counterclaims and third party claims.

s/ Gary Peterson
Gary Peterson
OK 7068
211 N. Robinson Ave., Suite 450 South
Oklahoma City, OK 73102
telephone:  (405) 606-3367
fax:  (866) 628-0506
email:  gp@garypeterson.com

Attorney for Leachco, Inc. and Jamie S. Leach

s/ Andrew J. Katsock, III
Andrew J. Katsock, III
PA 59011
15 Sunrise Drive
Wilkes Barre, PA 18705
telephone/fax:  (570) 829-5884
email:  ajkesq@epix.net

Attorney for Babyage.com, Inc. and John M. Kiefer, Jr.

SO ORDERED:

_A. C. Caputo_ 4/2/09
A. Richard Caputo
United States District Judge