BabyAge..com, Inc. v. Leachco, Inc.     Doc. 109

## OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### *for the*
## MIDDLE DISTRICT *of* PENNSYLVANIA

**William J. Nealon Federal Building & U.S. Courthouse**
**235 North Washington Avenue**
**P.O. Box 1148**
**Scranton, PA 18501-1148**
Internet Address: **www.pamd.uscourts.gov**

**MARY E. D'ANDREA**     (570) 207-5600
  Clerk of Court     FAX (570) 207-5650

May 5, 2009

Commissioner of Patents
and Trademarks
P.O. Box 1450
Alexandria, Virginia 22313-1450

Re: 3:07-CV-1600 Babyage.com vs Leachco

Dear Commissioner:

In compliance with 35 U.S.C. Sec. 290 and/or 15 U.S.C. Sec. 1116 enclosed is a copy of the docket entries and complaint (**or closing order**) which was filed in the United States District Court for the Middle District of Pennsylvania.

Sincerely yours,

Mary E. D'Andrea
Clerk of Court

By:   s/_____
Deputy Clerk

Dockets.Justia.com